[No. 25932-6-I.   Division One.   March 9, 1992.]

LEDA KIENDY, *Appellant*, v. RAYMOND BEDLINGTON,
*Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 89-2-00069-1, Michael F. Moynihan, J., entered March 2, 1990. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman and Baker, JJ.

[No. 28491-6-I.   Division One.   March 9, 1992.]

ELIZABETH LAS, *Appellant*, v. YELLOW FRONT
STORES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-20620-0, J. Kathleen Learned, J., entered May 13, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse, C.J., and Scholfield, J. Now published at 66 Wn. App. 196.

[No. 26912-7-I.   Division One.   March 9, 1992.]

RONALD KNUEBEL, ET AL, *Appellants*, v. KATHERINE
DESIMONE, ET AL, *Defendants*, FOUSHEE
ASSOCIATES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-05106-4, Norman W. Quinn, J., entered September 6, 1990. *Reversed* by unpublished opinion per Agid, J., concurred in by Coleman and Pekelis, JJ.